

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> William Slattery ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR-04-950-DDP <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___inability to control___

|   |   |   |
|---|---|---|
| 1 | _____ | |
| 2 | _____ | |
| 3 | _____ | |
| 4 | and/or | |
| 5 | B. (✓) The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: inability to control urges; quick return to allegedly |
| 10 | illegal behavior |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/10/11

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE