FILED
CLERK, U.S. DISTRICT COURT
MAY -2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-04-00950-DPP |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation/ |
| ) | Supervised Release Conditions) |
| William Slattery ) | |
| ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

1    The court concludes:

2  A.    ( )   Defendant poses a risk to the safety of other persons or the community
3              because defendant has not demonstrated by clear and convincing
4              evidence that:

5    _____
6    _____
7    _____
8    _____

10 (B)   (✓)   Defendant is a flight risk because defendant has not shown by clear
11             and convincing evidence that:

12   _____
13   _____
14   _____
15   _____

17         IT IS ORDERED that defendant be detained.

19   DATED: **5/2/2013**

23                                    *Patrick J. Walsh*
                                      HON. PATRICK J. WALSH
                                      UNITED STATES MAGISTRATE JUDGE