FILED
CLERK, U.S. DISTRICT COURT

MAY - 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>William Slattery,<br><br>Defendant. | Case No.: CR 04 - 0950 - DDP<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of CA for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).   This finding is based on _Absence of current information regarding community_

1  ties, residence, no bail resources, and the nature
2  of the allegations.
3
4  and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9  on:  Poor record, and prior violation history.
10
11
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    5/1/15
18
19
20                              _____
                                UNITES STATES MAGISTRATE JUDGE
21
22                                   CARLA M. WOEHRLE
23
24
25
26
27
28